UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                            :
FRUTERA AGROSAN EXPORT S.A.,                                :
                                                            :
                      Plaintiff,                       :
                                                            :
             - against -                         :      24-CV-2643 (VSB)
                                                            :
MSC MEDITERRANEAN SHIPPING                                  :
COMPANY SA, et al.,                                         :
                                                            :
                      Defendants.                      :
                                                            :
------------------------------------------------------------X
                                                            :
C.H. ROBINSON COMPANY INC.,                                 :
                                                            :
                      Plaintiff,                       :
                                                            :
             - against -                         :      24-CV-2649 (VSB)
                                                            :
MSC MEDITERRANEAN SHIPPING                                  :
COMPANY SA, et al.,                                         :
                                                            :
                      Defendants.                      :
                                                            :
------------------------------------------------------------X
                                                            :
DOLE S.A. V MSC MEDITERRANEAN                               :
SHIPPING COMPANY SA, et al.,                                :
                                                            :
                      Plaintiff,                       :
                                                            :      24-CV-2651 (VSB)
             - against -                         :
                                                            :
                                                            :
MSC MEDITERRANEAN SHIPPING                                  :
COMPANY SA, et al.,                                         :
                                                            :
                      Defendants.                      :
                                                            :
------------------------------------------------------------X
                                                            :
C.H. ROBINSON COMPANY INC. V. MSC                           :

MEDITERRANEAN SHIPPING COMPANY SA, et al.,

      Plaintiff,

- against -

MSC MEDITERRANEAN SHIPPING COMPANY SA, et al.,

      Defendants.

24-CV-2653 (VSB)

---

ARCOTRADING, LTDA,

      Plaintiff,

- against -

MSC MEDITERRANEAN SHIPPING COMPANY SA, et al.,

      Defendants.

24-CV-2672 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

 On April 8 and 9, 2024, these actions were transferred to this district from the United States District Court for the Eastern District of Pennsylvania. (*See Frutera Agrosan Export S.A. v. MSC Mediterranean Shipping Company SA, et al*., No. 24-CV-2643 (VSB), Doc. 47; *C.H. Robinson Company Inc. v MSC Mediterranean Shipping Company SA, et al.*, 24-CV-2649 (VSB), Doc. 26; *Dole S.A. v MSC Mediterranean Shipping Company SA, et al.,* 24-CV-2651 (VSB), Doc. 40; *C.H. Robinson Company Inc. v. MSC Mediterranean Shipping Company SA, et al.*, 24-CV-2653 (VSB), Doc. 36; *Arcotrading, LTDA v. MSC Mediterranean Shipping Company, S.A., et al.*, No. 24-CV-2672 (VSB), Doc. 15.) In four of those actions, Plaintiff, on behalf of all parties, filed a letter requesting that I consolidate the actions and schedule a status conference. (*See* No. 24-CV-2643 (VSB), Doc. 50; 24-CV-2649 (VSB), Doc. 29; 24-CV-2651

(VSB), Doc. 44; 24-CV-2653 (VSB), Doc. 38).)  Accordingly, it is hereby:

ORDERED that the parties file a joint letter in each of the actions before me on or before May 17, 2024 stating their position as to whether the fifth action, *Arcotrading, LTDA v. MSC Mediterranean Shipping Company, S.A., et al.*, No. 24-CV-2672 (VSB), should also be consolidated with the four above-referenced actions.

SO ORDERED.

Dated:    May 10, 2024
         New York, New York

Vernon S. Broderick
United States District Judge