UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                         :
FRUTERA AGROSAN EXPORT S.A.,                             :
                                                         :
                              Plaintiff,                 :
                                                         :       24-CV-2643 (VSB)
            -against-                                    :
                                                         :            **ORDER**
                                                         :
MSC MEDITERRANEAN SHIPPING                               :
COMPANY SA, et al.,                                      :
                                                         :
                              Defendants.    X
-----------------------------------------------------------

<u>VERNON S. BRODERICK</u>, United States District Judge:

      I am in receipt of the parties' proposed case management plan and joint letter filed on July 1, 2024.  (Doc. 62.)  The proposed case management plan as filed does not answer question 3.  The parties are instructed to complete the entire proposed case management plan form, excluding the portions that explicitly say they are "to be completed by the Court."  The parties shall submit an amended proposed case management plan on or before July 12, 2024.

SO ORDERED.

Dated: July 9, 2024
      New York, New York

                                                                              _____
                                                                         Vernon S. Broderick
                                                                         United States District Judge