UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                            :
FRUTERA AGROSAN EXPORT S.A.,                                :
                                                            :
                Plaintiff,                                 :
                                                            :
            - against -                                 :       24-CV-2643 (VSB)
                                                            :
MSC MEDITERRANEAN SHIPPING                                  :
COMPANY SA, et al.,                                         :
                                                            :
                Defendants.                                :
                                                            :
------------------------------------------------------------X
                                                            :
C.H. ROBINSON COMPANY INC.,                                 :
                                                            :
                Plaintiff,                                 :
                                                            :
            - against -                                 :       24-CV-2649 (VSB)
                                                            :
MSC MEDITERRANEAN SHIPPING                                  :
COMPANY SA, et al.,                                         :
                                                            :
                Defendants.                                :
                                                            :
------------------------------------------------------------X
                                                            :
DOLE S.A.,                                                  :
                                                            :
                Plaintiff,                                 :
                                                            :
            - against -                                 :       24-CV-2651 (VSB)
                                                            :
MSC MEDITERRANEAN SHIPPING                                  :
COMPANY SA, et al.,                                         :
                                                            :
                Defendants.                                :
                                                            :

```
-----------------------------------------------------------X
                                                           :
C.H. ROBINSON COMPANY INC.,                                :
                                                           :
                              Plaintiff,                   :
                                                           :
              - against -                                  :
                                                           :
                                                           :       24-CV-2653 (VSB)
                                                           :
MSC MEDITERRANEAN SHIPPING                                 :
COMPANY SA, et al.,                                        :
                                                           :
                              Defendants.                  :
                                                           :
                                                           :
                                                           :
-----------------------------------------------------------X
                                                           :
ARCOTRADING, LTDA,                                         :
                                                           :
                              Plaintiff,                   :
                                                           :
              - against -                                  :       24-CV-2672 (VSB)
                                                           :
                                                           :
MSC MEDITERRANEAN SHIPPING                                 :
COMPANY SA, et al.,                                        :
                                                           :
                              Defendants.                  :
-----------------------------------------------------------X
```

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

The above-captioned matters have been consolidated for pre-trial purposes and previously or recently referred for settlement.

Should the Parties wish to schedule a settlement conference, the Parties are directed to contact Courtroom Deputy Christopher Davis via email **by January 31, 2025** at [WillisNYSDChambers@nysd.uscourts.gov](mailto:WillisNYSDChambers@nysd.uscourts.gov) to provide three mutually agreeable dates in **late February or early March**. Any conference will be held in person at Courtroom 228, 40 Foley Square, New York, New York. Should the Parties

not wish to schedule a settlement conference at this time, they should inform the Court via email by the same deadline.

Parties must attend in person with their counsel. **The Parties should be prepared for the settlement conference to last all day.** Corporate Parties must send the person with decision-making authority to settle the matter to the conference. **At least a week prior to the conference, the Court will hold a pre-conference call with the attorneys.**

The Parties **are required** to prepare pre-conference submissions in accordance with Judge Willis's [Standing Order for All Cases Referred for Settlement](). These letters must be submitted **three days prior to the date of the pre-conference phone call**. See § 3 of the Standing Order, ("no later than three days before the pre-conference telephone call, counsel for each Party must send the Court by email a letter, marked "Confidential Material for Use Only at Settlement Conference," which should not be sent to the other parties. The letter should be sent to WillisNYSDChambers@nysd.uscourts.gov. This *ex parte* letter must not exceed three pages…The letter should include, at a minimum, the following: (a) the history of settlement negotiations, if any, including any prior offers or demands; (b) your evaluation of the settlement value of the case and the rationale for it; (c) any case law authority in support of your settlement position; and (d) any other facts that would be helpful to the Court in preparation for the conference.").

**The Parties are also required to jointly fill out the attached form** and submit it via email at least **three days prior to the pre-conference phone call.**

Finally, should any Party wish to discuss a possible declaration of bankruptcy, a limited ability to pay an award, or lack of access to cash to fund a settlement, the Parties are strongly encouraged to discuss such issues with opposing counsel prior to the settlement conference and to provide documents in their confidential *ex parte* letters that speak to their financial condition.

**The Clerk of Court is respectfully requested to file this order in all of the above-captioned cases.**

SO ORDERED.

DATED:   New York, New York
         January 15, 2025

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge