**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DOLE CHILE S.A.,

<table>
<tr><td>Plaintiff,</td><td>**ORDER**</td></tr>
<tr><td>-against-</td><td>**24-cv-2651 (VSB) (JW)**</td></tr>
</table>

MSC MEDITERRANEAN SHIPPING
COMPANY S.A., *et al.*,

Defendants.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

Because the letter motions at Dkt. Nos. 79, 80, and 81 have already been resolved in related case 24-cv-2643, the Court respectfully requests the Clerk of Court to close those docket entries.

SO ORDERED.

DATED:   New York, New York
         April 2, 2026

_____
JENNIFER E. WILLIS
United States Magistrate Judge